**JS - 6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Roy Davis Gash,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>207 S Western LLC, et al,<br><br>　　　　Defendant(s). | SACV 19-00799JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

　　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 8/7/19

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　United States District Judge